NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAL GREENE,**
*Appellant,*

v.

**TIMOTHY PITKA,**
*Appellee.*

---

2012-1277
(Cancellation No. 92054391)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

Before NEWMAN, LOURIE and O'MALLEY, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

### ORDER

Hal Greene moves without opposition to remand to the Trademark Trial and Appeal Board (Board) for further proceedings and to dismiss the appeal.

The court cannot both dismiss the entire appeal and remand, as those are mutually exclusive dispositions. We

understand that Greene seeks a remand so that the Board can rule on his motion for relief from final judgment, which the Board has indicated it will grant if the case is remanded.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) The motion to dismiss is denied as unnecessary.

(3) All pending motions are moot.

(4) Each side shall bear its own costs.

FOR THE COURT

__JUN 2 1 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Amber N. Davis, Esq.
    Keith A. Barritt, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK